No. —, original. Ex parte Dover. Submitted February 15, 1932. Decided February 29, 1932. The motions for leave to proceed *in forma pauperis* and for leave to file petition for writ of mandamus are denied. *Mr. Gordon Dover, pro se.*

No. 609. Slattery et al. *v.* Cochran et al. Jurisdictional statement submitted February 29, 1932. Decided March 14, 1932. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237(a) Judicial Code as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237(c), Judicial Code as amended (43 Stat. 936, 938), the petition for writ of certiorari is denied. *Mr. Allen G. Fisher* for appellants. *Messrs. C. A. Sorenson, E. D. Crites,* and *T. F. Neighbors* for appellees.